Trustee Copy

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:  Morrison, Angelin L            )           Case No.  10 B 31615
                                        )           Judge  A. Benjamin Goldgar
                                                    Date   08/20/12

                                                    Debtor Attorney:
                                                    Law Solutions Chicago LLC
                                                    77 W Washington Ste 515
                                                    Chicago, IL  60602

Angelin L. Morrison
17520 Winston Court
Country Club Hills, IL  60478                       Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  BAC Home Loan Servicing LP

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 10 | 4564 | $ 2,489.98 | $ 2,489.98 | $ 2,489.98 |

Total Amount Paid by Trustee                                                              $ 2,489.98

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____  Through the Chapter 13 Conduit        __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of August, 2012.

| | |
|---|---|
| 08/20/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

**Debtor**
Angelin L. Morrison
17520 Winston Court
Country Club Hills, IL  60478

**US Trustee**
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

**Claim Holder**
BAC Home Loan Servicing LP
Mail Stop TX2 982 03 03
7105 Corporate Dr
Plano, TX  75024

**Debtor Attorney**
Law Solutions Chicago LLC
77 W Washington Ste 515
Chicago, IL  60602

**Attorney for Claim Holder**
C/O BAC Home Loan Servicing LP
Mail Stop TX2 982 03 03
7105 Corporate Dr
Plano, TX  75024